Below is an order of the court.

_Teresa H. Pearson_
TERESA H. PEARSON
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>Kevin Marcel Sheehy<br><br><br>　　　　　Debtor. | Case No.  25-33551-thp7 |
| James Dirksen, individually and as the Authorized Representative of the Equity Trust Company James Dirksen IRA 200200966 ("Lender")<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>Kevin Sheehy<br><br>　　　　　Defendant. | Adv. Proc. No. 26-03009-thp<br><br><br><br>ORDER DISMISSING CLAIMS BY PLAINTIFF EQUITY TRUST COMPANY JAMES DIRKSEN IRA 200200966 |

On January 27, 2026, this court entered its Order to Show Cause (ECF No. 4, entered Jan. 27, 2026) regarding the claims James Dirksen is purporting to assert in this case on behalf of a trust.  No timely response to the Order to Show Cause was filed, no attorney appeared on behalf of the trust plaintiff, and no amended complaint was filed.  A trust plaintiff cannot proceed on claims without an attorney.  *Simon v. Hartford Life, Inc.*, 546 F.3d 661, 667 (9th Cir.

Page 1 of 2 –  ORDER DISMISSING CLAIMS BY PLAINTIFF EQUITY TRUST COMPANY
　　　　　　　JAMES DIRKSEN IRA 200200966

2008); *C.E. Pope Equity Tr. v. United States*, 818 F.2d 696, 697-98 (9th Cir. 1987). Now, therefore,

IT IS HEREBY ORDERED that the claims asserted on behalf of plaintiff Equity Trust Company James Dirksen IRA 200200966 in this case are dismissed without prejudice. Claims asserted by James Dirksen individually are not affected by this order.

# # #