Below is an order of the court.

_Teresa H. Pearson_
TERESA H. PEARSON
U.S. Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT

### FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>Kevin Marcel Sheehy,<br><br>          Debtor. | Case No.  25-33551-thp7 |
| James Dirksen, individually and as the Authorized Representative of the Equity Trust Company James Dirksen IRA 200200966 ("Lender"),<br><br>          Plaintiffs,<br><br>     v.<br><br>Kevin Sheehy,<br><br>          Defendant. | Adv. Proc. No. 26-03009-thp<br><br>ORDER TO SHOW CAUSE |

This court held pretrial conferences in this case on March 24, 2026, and April 7, 2026. Plaintiff did not attend these pretrial conferences.  Based on plaintiff's failure to attend these pretrial conferences, it appears that plaintiff may not intend to continue prosecuting this case. Now, therefore,

IT IS HEREBY ORDERED that plaintiff James Dirksen appear and show cause as to why the Court should not dismiss this case for lack of prosecution.  The hearing will be held on

Page 1 of 2 – ORDER TO SHOW CAUSE

May 20, 2026, at 11:30 a.m. at the U.S. Bankruptcy Court, Courtroom #4, 1050 S.W. Sixth Ave., 7th Floor, Portland, Oregon, 97204.  Evidence may be presented at that time.  Any exhibit lists, exhibits, witness lists, and optional trial memoranda must be filed with the court not later than 7 days before the hearing.  Any interested parties may attend and be heard.

#  #  #