**Nicholas J. Henderson, OSB No. 074027**
Elevate Law Group
6000 Meadows Rd., Ste 450
Lake Oswego, OR 97035
(503) 417-0508 Direct
nick@elevatelawpdx.com

*Attorney for Plaintiffs*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| | |
|---|---|
| In re:<br><br>KEVIN MARCEL SHEEHY<br><br>Debtor.<br><br>---<br><br>JAMES DIRKSEN, individually and as the Authorized Representative of the Equity Trust Company James Dirksen IRA 200200966 ("Lender"),<br><br>Plaintiffs,<br><br>v.<br><br>KEVIN SHEEHY,<br><br>Defendant. | Originating Case No. 25-33351-thp7<br><br>Adversary Proceeding No. 26-03009-thp<br><br>MOTION TO VACATE ORDER DISMISSING CLAIMS BY PLAINTIFF EQUITY TRUST COMPANY JAMES DIRKSEN IRA 200209966 [ECF 9] |

Plaintiff James Dirksen ("***Dirksen***"), individually and in his capacity as Authorized Representative of the Equity Trust Company James Dirksen IRA 200200966 ("***ETC***"), by and through counsel, respectfully moves this Court for an order vacating the Court's Order dismissing the claims of Equity Trust Company [ECF 9] (the "***Order***"). This motion is made pursuant to Federal Rule of Civil Procedure 60(b).

Page 1 of 4     MOTION TO VACATE [ECF 9] ORDER DISMISSING CLAIMS
BY PLAINTIFF EQUITY TRUST COMPANY JAMES DIRKSEN
IRA 200209966

## BACKGROUND

This adversary proceeding was initially filed pro se by Plaintiff James Dirksen, individually and in his capacity as Authorized Representative of Equity Trust Company James Dirksen IRA 200200966 on January 20, 2026 [ECF 1].

On January 27, 2026, The Court issued an Order to Show Cause [ECF 4]. This Order set a 28-day deadline to have an attorney appear on behalf of ETC, file an Amended Complaint, or show cause why the Complaint should not be dismissed.

Also on January 27, 2026, the Court issued a Summons and Notice of Pretrial Conference in an Adversary Proceeding [ECF 5], which set the Pretrial Conference for March 24, 2026, at 10:30 a.m. via telephone.

On February 26, 2026, the Court issued an Order Dismissing Claims by ETC [ECF 9].

Plaintiffs have now retained undersigned counsel, who appears on behalf of both James Dirksen individually and ETC. Plaintiffs respectfully request that the Court vacate the dismissal order so that this matter may be resolved on its merits.

## LEGAL STANDARD

Under Federal Rule of Civil Procedure 60(b), the Court may relieve a party from a final order for reasons including:

- mistake, inadvertence, surprise, or excusable neglect (Rule 60(b)(1)); and

- any other reason that justifies relief (Rule 60(b)(6)).

Courts within the Ninth Circuit strongly favor resolving cases on the merits and apply Rule 60(b) liberally where appropriate, particularly where the moving party acted promptly, the opposing party will not be prejudiced; and the moving party has a potentially meritorious claim.

MOTION TO VACATE [ECF 9] ORDER DISMISSING CLAIMS BY PLAINTIFF EQUITY TRUST COMPANY JAMES DIRKSEN IRA 200209966

Elevate Law Group
6000 Meadows Road, Ste 450
Lake Oswego, OR 97035
Phone: (503) 417-0500
Fax: (503) 417-0501

## ARGUMENT

### 1.   The Failure to Retain Counsel and Appear Was the Result of Excusable Neglect

At the time of the Court's order, Mr. Dirksen was proceeding pro se and did not fully understand the procedural requirement that a business entity must appear through counsel.  His failure to timely retain counsel and to appear at the show cause hearing was not willful, but the result of confusion and lack of legal training. Upon recognizing the seriousness of the issue, he promptly retained undersigned counsel.  This constitutes excusable neglect under Rule 60(b)(1).

### 2.   Plaintiffs Acted Promptly to Cure the Defect

Following entry of the dismissal order, Mr. Dirksen diligently sought legal representation. The undersigned counsel was retained on April 15, 2026, and brings this motion promptly upon appearing in the case.

### 3.   No Prejudice Will Result to Defendant

Vacating the dismissal will not prejudice Defendant. This case remains in its early stages, and no substantive rulings on the merits of ETC's claims have been made. Any minimal delay is outweighed by the strong policy favoring resolution on the merits.

### 4.   Equity Trust Company Has Potentially Meritorious Claims

ETC's claims arise out of the same operative facts as those asserted by Mr. Dirksen individually and are viable causes of action under applicable law.  While the merits are not before the Court at this stage, Plaintiffs submit that the claims are sufficiently substantial to warrant adjudication.

/ / /

/ / /

Page 3 of 4    MOTION TO VACATE [ECF 9] ORDER DISMISSING CLAIMS
BY PLAINTIFF EQUITY TRUST COMPANY JAMES DIRKSEN
IRA 200209966

Elevate Law Group
6000 Meadows Road, Ste 450
Lake Oswego, OR 97035
Phone: (503) 417-0500
Fax: (503) 417-0501

**5. Relief Is Also Appropriate Under Rule 60(b)(6)**

Alternatively, relief is appropriate under Rule 60(b)(6) to prevent manifest injustice. Dismissal based solely on a procedural misstep, which has since been cured, would result in an inequitable forfeiture of claims without consideration of their merits.

**CONCLUSION**

For the foregoing reasons, Plaintiffs respectfully request that the Court:

1. Vacate the Order dismissing the claims of ETC;

2. Permit ETC to proceed through undersigned counsel; and

3. Grant such other relief as the Court deems just and proper.

DATED April 22, 2026

ELEVATE LAW GROUP

*/s/ Nicholas J. Henderson*
Nicholas J. Henderson, OSB No. 074027
6000 Meadows Road, Ste 450
Lake Oswego, OR 97035
Phone: (503) 417-0508
Email: Nick@elevatelawpdx.com

Page 4 of 4    MOTION TO VACATE [ECF 9] ORDER DISMISSING CLAIMS BY PLAINTIFF EQUITY TRUST COMPANY JAMES DIRKSEN IRA 200209966

Elevate Law Group
6000 Meadows Road, Ste 450
Lake Oswego, OR 97035
Phone: (503) 417-0500
Fax: (503) 417-0501

## CERTIFICATE OF SERVICE

I hereby certify that on the date below I served the foregoing **MOTION TO VACATE [ECF 9] ORDER DISMISSING CLAIMS BY PLAINTIFF EQUITY TRUST COMPANY JAMES DIRKSEN IRA 200209966** on the parties listed below by electronic means through the Court's Case Management/Electronic Case File system on the date set forth below.

- **NATALIE C SCOTT    ecf@scott-law-group.com**

Dated: April 22, 2026.

/s/ Nicholas J. Henderson
Nicholas J. Henderson, OSB No. 074027
Attorney for Plaintiffs

4907-9980-1764, v. 1

Page 1 of 1    CERTIFICATE OF SERVICE