Natalie C. Scott, OSB #024510
nscott@scott-law-group.com
SCOTT LAW GROUP LLP
PO Box 70422
Springfield, OR 97475
Telephone: 541-868-8005
Facsimile: 541-868-8004
         Of Attorneys for Defendant

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re: | Case No. 25-33551-thp7 |
| Kevin Marcel Sheehy, | |
| Debtor. | Adv. Proc. No. 26-03009-thp |
| JAMES DIRKSEN, individually and as the Authorized Representative of the Equity Trust Company James Dirksen IRA 200200966 ("Lender"), | UNOPPOSED MOTION TO EXTEND TIME TO FILE RESPONSIVE PLEADING |
| Plaintiffs, | **Continued Pretrial Hearing:** |
| vs. | **June 16 @ 10:30am (by phone)** |
| KEVIN SHEEHY, | |
| Defendant. | |

## LBR 7007-1 CERTIFICATION

The undersigned conferred by email with Plaintiffs' counsel, Nicholas Henderson. Mr.

Henderson consents to the relief requested herein and approved the proposed form of order.

## FRBP 7012(b) STATEMENT

Defendant consents to entry of final orders or judgment by the bankruptcy court.

**UNOPPOSED MOTION TO EXTEND TIME TO**   Page **1** of **3**
**FILE RESPONSIVE PLEADING**



## MOTION

Pursuant to Rule 9006(b) and LBR 9006-1(a), Defendant moves the court for an order extending Defendant's deadline to file a responsive pleading to Plaintiff's Complaint (ECF 1) up to and including **June 24, 2026**. In support of this Motion, the undersigned represents as follows:

1. The Complaint was filed on January 20, 2026. The Summons was issued January 27, 2026 (ECF 5).

2. No proof of service has been filed in this case.

3. Defendant has specially appeared, expressly preserving his right to seek dismissal based on Plaintiffs' failure to serve him with a summons and complaint in this case. *See* ECF 8 and ECF 24.

4. Plaintiffs retained counsel, who filed a motion to vacate a prior order dismissing Plaintiff Trust from this case, on April 22, 2026. ECF 21.

5. The court granted the motion and set Defendant's deadline to file a responsive pleading as June 10, 2026. ECF 26.

6. The undersigned conferred with counsel regarding possible settlement of this matter by email on May 29, 2026. Mr. Henderson indicated additional time was needed to respond but that he would like to further discuss resolution of this case.

7. The requested extended due date of June 24, 2026 is after the currently scheduled pretrial conference on June 16, 2026. The undersigned anticipates being able to update the court regarding the prospect of resolution of this case at that time.

8. If timely resolution is not possible, Defendant is prepared to file a motion to dismiss on or before an extended deadline of June 24. Defendant does not anticipate needing to request any further extension of time unless the parties request settlement assistance from this Court.

**UNOPPOSED MOTION TO EXTEND TIME TO**   Page **2** of **3**
**FILE RESPONSIVE PLEADING**



PO Box 70422
Springfield, OR 97475
Phone: 541-868-8005
Fax: 541-868-8004
www.scott-law-group.com

WHEREFORE, Defendant requests an order extending her deadline to file a responsive pleading to **June 24, 2026**. A proposed form of order will be submitted herewith.

DATED this 9th day of June, 2026.

SCOTT LAW GROUP LLP

By:   */s/ Natalie C. Scott*
Natalie C. Scott, OSB #024510
Of Attorneys for Defendant



PO Box 70422
Springfield, OR 97475
Phone: 541-868-8005
Fax: 541-868-8004

**www.scott-law-group.com**

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re:<br><br>Kevin Marcel Sheehy,<br><br>        Debtor. | Case No. 25-33551-thp7<br><br><br>Adv. Proc. No. 26-03009-thp |
| JAMES DIRKSEN, individually and as the Authorized Representative of the Equity Trust Company James Dirksen IRA 200200966 ("Lender"),<br><br>        Plaintiffs,<br><br>    vs.<br><br>KEVIN SHEEHY,<br><br>        Defendant. | ORDER GRANTING UNOPPOSED MOTION TO EXTEND TIME TO FILE RESPONSIVE PLEADING |

THIS MATTER came before the court on Defendant's Unopposed Motion to Extend Time to File Responsive Pleading (ECF No. ___) ("Motion"). The court, having reviewed the Motion and files herein, and being otherwise fully advised,

**ORDER GRANTING MOTION TO EXTEND TIME TO FILE RESPONSIVE PLEADING**

IT IS HEREBY ORDERED that the Motion is GRANTED. The deadline for Defendant to file a responsive pleading to Plaintiffs' Complaint is extended to **June 24, 2026**.

# # #

The undersigned certifies submission of this order pursuant to LBR 9021-1(b)(1)(D).

Presented by:

SCOTT LAW GROUP LLP

By:  _____
       Natalie C. Scott, OSB #024510
       nscott@scott-law-group.com
       PO Box 70422
       Springfield, OR 97475
       Telephone: (541) 868-8005
       Facsimile: (541) 868-8004
       Of Attorneys for Defendant

Cc:

**Manual Notice List:**

NONE

**ORDER GRANTING MOTION TO EXTEND TIME TO
FILE RESPONSIVE PLEADING**

## CERTIFICATE OF SERVICE

I hereby certify that on June 9, 2026, the foregoing **UNOPPOSED MOTION TO EXTEND TIME TO FILE RESPONSIVE PLEADING** was served as follows:

☐ **Via First Class Mail to:**

None

☒ **Via ECF Notification to:**

NICHOLAS HENDERSON        nick@elevatelawpdx.com
NATALIE C SCOTT        ecf@scott-law-group.com

DATED:  June 9, 2026

*/s/ Natalie C. Scott*
Natalie C. Scott, OSB# 024510

**CERTIFICATE OF SERVICE**        Page 1 of 1

SCOTT LAW GROUP LLP

PO Box 70422
Springfield, OR 97475
Phone: 541-868-8005
Fax: 541-868-8004
www.scott-law-group.com